UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL
f/k/a JOHN L. BURTON,

    Petitioner,

v().    Case No. 3:14cv347/MCR/CJK

FLORIDA DEPARTMENT OF CHILDREN
AND FAMILIES, et al.

    Respondents.
_____/

REPORT AND RECOMMENDATION

    This cause is before the court upon petitioner's "Class Action Petition for Writ of Habeas Corpus" filed under 28 U.S.C. § 2254 (doc. 1), and motion to proceed *in forma pauperis* (doc. 2). The petition is dated July 14, 2014, and is almost identical to the petition filed in Case Number 3:14cv331/MCR/CJK, which is dated June 26, 2014. (*See Bilal v. Fla. Dep't of Children and Families*, Case No. 3:14cv331/MCR/CJK, Doc. 1). The petition was accompanied by a cover letter indicating that petitioner submitted the filing because he had not received acknowledgment that his earlier petition had been filed. (*See* Doc. 1, Attach. 2). As petitioner's earlier-dated petition has been filed and is pending, the instant action should be dismissed as duplicative.

Accordingly it is respectfully RECOMMENDED:

1. That this case be DISMISSED as duplicative of Case Number 3:14cv331.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 25th day of July, 2014.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).