## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JAMAAL ALI BILAL**
**f/k/a JOHN L. BURTON,**

      **Petitioner,**

**v.**                                                    **Case No.  3:14cv347/MCR/CJK**

**FLORIDA DEPARTMENT OF**
**CHILDREN AND FAMILIES, et al.**

      **Respondents.**
_____/

## <u>ORDER</u>

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 25, 2014.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED as duplicative of Case Number 3:14cv331.

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 14th day of August, 2014.


*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**